**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01235-CR
### No. 05-13-01237–CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-61603-N and F93-60604-N**

## ORDER

Appellant's February 27, 2014 "Motion for Entry of Filed PJN" is DENIED. The Court has the record in the above case before it and will review the trial court's ruling based on the record.

We DIRECT the Clerk to send a copy of this order, by first-class mail, to John Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

We DIRECT the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE